# United States District Court
## Southern District of Georgia

ANTONIO SMILEY,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV316-021
Formerly CR312-003

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 26, 2016, the Report and Recommendation of the Magistrate Judge is ADOTPED as the opinion of this Court. Therefore, the 2255 motion is DISMISSED and this case stands CLOSED.

April 26, 2016
Date

Scott L. Poff
Clerk

*(By)* Deputy Clerk